

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/26/2019

December 24, 2019

**MEMO ENDORSED**

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Singh*, **14 Cr. 796 (VEC)**

Dear Judge Caproni:

    The Government respectfully writes in response to defendant Upinder Singh's motion, dated November 15, 2019, requesting early termination of his supervised release, which is currently set to terminate on February 12, 2020.

    The Government has conferred with the defendant's current probation officer in the Middle District of Florida, Analesha Berrios, who has indicated that the defendant meets that office's criteria for early termination of supervised release. The Government further has confirmed that the defendant currently has steady employment, has been compliant with his supervised release, has completed the required 300 hours of community service, and has paid the entirety of his restitution.

    Accordingly, although generally "a defendant's full compliance with the terms of his or her release is not a sufficient justification for reducing the original sentence," *United States v. Discenza*, No. 14 CR 273 (NRB), 2016 WL 3443586, at *1 (S.D.N.Y. May 31, 2016) (citations omitted), in light of the defendant's current status on supervised release and his probation officer's position that the defendant meets the criteria for early termination, the Government does not object to the defendant's motion.

Respectfully Submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Elinor L. Tarlow
Assistant United States Attorney
(212) 637-1036

IT IS HEREBY ORDERED that Defendant's motion for early termination of supervised release, Dkt. 171, is GRANTED. Defendant's term of supervise release is terminated. The Clerk of Court is respectfully directed to close the open motions on Dkts. 171 and 174.

cc:    Aaron M. Goldsmith, Esq. (by ECF)

SO ORDERED.

*[signature]* 12/26/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE